UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDY JOHNSON, individually and on behalf
of all others similarly situated,

    Plaintiff,

v.

TWIN COUNTY COMMUNITY
PROBATION CENTER INC.,

    Defendant.
_____/

Case No. 1:20-cv-753

HON. JANET T. NEFF

## ORDER

On October 2, 2020, Plaintiff filed a Notice of Acceptance of Defendant's Offer of Judgment (ECF No. 11). Defendant's Rule 68 Offer of Judgment provides for an amount of reasonable attorneys' fees and accrued costs (ECF No. 11 at PageID.49). The Offer of Judgment states that the fees and costs are to be determined and/or approved by the Court. The Court having reviewed the filing:

**IT IS HEREBY ORDERED** that a proposed judgment, for entry by the Clerk of Court, shall be filed no later than October 15, 2020.

**IT IS FURTHER ORDERED** that the parties' stipulation and proposed order regarding agreed-upon fees and costs, or Plaintiff's motion for reasonable fees and costs, shall be filed no later than October 22, 2020.

Dated: October 8, 2020

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge