UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDY JOHNSON, individually and on behalf of all others similarly situated,

      Plaintiff,

v

TWIN COUNTY COMMUNITY PROBATION CENTER, INC.,

      Defendant.

Case No. 20-00753

Hon. Janet T. Neff

| PALADIN EMPLOYMENT LAW, PLLC<br>Mark S. Wilkinson (P68765)<br>Attorneys for Plaintiffs<br>251 North Rose Street<br>Suite 200, PMB No. 288<br>Kalamazoo, MI 49007<br>(269) 978-2474<br>mark@paladinemploymentlaw.com | STARR, BUTLER, ALEXOPOULOS & STONER, PLLC<br>Joseph A. Starr (P47253)<br>William R. Thomas (P77760)<br>Attorneys for Defendant<br>20700 Civic Center Dr., Ste. 290<br>Southfield, MI 48076<br>(248) 554-2700<br>jstarr@starrbutler.com<br>wthomas@starrbutler.com |
|---|---|

## **JUDGMENT**

In accordance with the filed notice of Plaintiffs' acceptance of Defendant's Offer of Judgment pursuant to Fed. R. Civ. P. 68 (Dkt. 11), judgment is hereby entered against Defendant Twin County Community Probation Center, Inc., in favor of:

1. Plaintiff Andy Johnson in the amount of Five Hundred and 00/100 ($500.00) Dollars; and

2. Plaintiff Kristin Grant in the amount Five Hundred and 00/100 ($500.00) Dollars.

Date: 10/16/2020

/s/ M. Garcia
Civil Clerk

{00077717.DOC}